No. 84–6677. HOLLOWAY v. TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Michigan* v. *Jackson, ante,* p. 625, and *Moran* v. *Burbine, ante,* p. 412.

No. 85–249. CITY OF LITTLE ROCK v. WILLIAMS. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pembaur* v. *Cincinnati, ante,* p. 469.

No. 85–487. FORD MOTOR CO. ET AL. v. TUNIS BROTHERS CO., INC., ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Matsushita Electric Industrial Co.* v. *Zenith Radio Corp., ante,* p. 574.

No. 85–6318. MacLEAN v. CITY OF BELLINGHAM. Ct. App. Wash. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Pembaur* v. *Cincinnati, ante,* p. 469.

No. 85–6557. JONES v. SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Petition for writ of certiorari dismissed as moot.

No. — – ——. COOK v. CHIU-AN WANG ET AL. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–710 (85–6545). JAMES v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. The stay order granted March 18, 1986 [*ante,* p. 1074], is continued pending final disposition of the petition for writ of certiorari.